DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

HOOTS v. PRYOR

No. 280P92

Case below: 106 N.C.App. 397

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

JONES v. GENERAL ACCIDENT INSURANCE CO. OF AMERICA

No. 113PA92

Case below: 105 N.C.App. 612

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 September 1992.

KINSEY CONTRACTING CO. v. CITY OF FAYETTEVILLE

No. 251P92

Case below: 106 N.C.App. 383

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

LACKEY v. R. L. STOWE MILLS

No. 305P92

Case below: 106 N.C.App. 658

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992.

LENZER v. FLAHERTY

No. 274P92

Case below: 106 N.C.App. 496

Petition by defendants for temporary stay allowed 4 August 1992. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 3 September 1992. Petition by defendants for writ of supersedeas denied and stay dissolved 3 September 1992. Motion by plaintiff for sanctions denied 3 September 1992.